UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Clarence Frost and Tammy Frost, *individually and on behalf of all others similarly situated*,

      Plaintiffs,

v.

Sam's West Inc., *d/b/a* Sam's Club,

      Defendant.

File No. 24-cv-2667 (ECT/LIB)

**ORDER**

---

Plaintiffs Clarence Frost and Tammy Frost have filed a Notice of Dismissal Without Prejudice. ECF No. 5. Defendant Sam's West Inc. has not filed an answer or motion for summary judgment. Plaintiffs' dismissal is therefore effective as of right pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this Court no longer has subject matter jurisdiction over this matter. This civil action will be administratively terminated.

Date: August 15, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court